UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE:

Aaron Fischman.
Debtor

CASE NO.: 23-36038-cgm

CHAPTER: 11

**Notice of Appearance**

HON. JUDGE.:CECELIA G. MORRIS

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 11 case on behalf of Nationstar Mortgage LLC as servicer for Wilmington Savings Fund Society, FSB, Not Individually But Solely As Trustee For RPMLT 2014-1 Trust, Series 2014-1, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> **FRIEDMAN VARTOLO LLP**
> Attorneys for Nationstar Mortgage LLC
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> Bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal, or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy,

or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: January 5, 2024

By: /s/ Michael L. Carey
Michael L. Carey, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Nationstar Mortgage LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-36038-cgm |
| | : | |
| Aaron Fischman | : | CHAPTER: 11 |
| Debtor | : | |
| | : | **Notice of Appearance** |
| | : | |
| | : | HON. JUDGE.: CECELIA G. MORRIS |
| | : | |

-------------------------------------------------------------------X

<u>**CERTIFICATION OF SERVICE**</u>

    I, Michael L. Carey, Esq., certify that on January 5, 2024, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: <u>/s/ Michael L. Carey</u>
Michael L. Carey, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

# SERVICE LIST

Aaron Fischman C/O Lawrence Katz, Esq.
710 Loch Hurleyville Rd
Loch Sheldrake, NY 12759
Debtor

Anne J. Penachio
245 Main Street, Suite 450
White Plains, NY 10601
Debtor's Attorney

Gerard R. Luckman
333 Earle Ovington Blvd
Uniondale, NY 11553
Trustee

United States Trustee
11A Clinton Ave., Room 620
Albany, NY 12207
United States Trustee