UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

_____

*In re:*  Case No.: 23-36038
 Chapter 11 Subchapter V
AARON FISCHMAN,

                        Debtor.

_____

## NOTICE OF TELEPHONIC SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the section 341 meeting of creditors in the above-captioned case, scheduled for January 24, 2024 at 11:00 a.m. will take place at the same date and time but will be held telephonically.

<u>NO PERSONAL APPEARANCES PERMITTED</u>

### INSTRUCTIONS TO PARTICIPATE VIA TELEPHONE:

1. All parties wishing to appear shall dial into the 341 meeting using the following dialing instructions:
   Meeting Dial-in No: (877) 988-3618
   Participant Code: 2067039#
2. Parties should call in promptly at the time listed above.
3. Telephonic appearances shall be conducted in accordance with the UST's current applicable procedures for telephonic meetings.
4. **IDENTIFICATION** - No later than one day prior to the 341 meeting, the debtor and/or their counsel are required to transmit via secure method (such as trustee's portal, encrypted email, etc.) imaged copy of the identification and proof of social security number. Identification documents must be in accordance with current applicable procedures.
5. **ADMINISTRATION OF OATH** - Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by licensed notary public or person authorized to administer oaths. This form must be returned to the trustee immediately following the 341 meeting.
6. If strict compliance with the procedures set forth in #5 above are not possible or practicable under the circumstances, the trustee can administer the oath telephonically **ONLY IF PRIOR TO THE 341 MEETING** debtor's attorney submits a declaration confirming that: (a) the attorney previously met with the debtor in-person; and (b) the attorney examined the debtor's original identification documents and social security number.
7. In every case, the trustee must receive <u>one</u> of these declarations, fully completed and signed.

Dated:  Yonkers, New York                    WILLIAM K. HARRINGTON
          January 8, 2024.                  UNITED STATES TRUSTEE, REGION 2
                                         By:  */s/ Alicia M. Leonhard*
                                             Alicia M. Leonhard, Trial Attorney
                                             Telephone: 202.495.9929 (Direct)
                                             Albany Office: 518.434.4553
                                             Email: <u>Alicia.M.Leonhard@usdoj.gov</u>