**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
In re:

    Aaron Fischman,                                          Chapter 11
                                                                         Case No. 23-36038-cgm

                             Debtor.
--------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

      On January 30, 2024, I caused to be served a true copy of the annexed **OBJECTION TO DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                       By: <u>/s/Michael Rozea</u>
                                                       FRIEDMAN VARTOLO LLP
                                                       1325 Franklin Avenue, Ste. 160
                                                       Garden City, New York 11530
                                                       T: (212) 471-5100
                                                       F: (212) 471-5150

**SERVICE LIST**

Aaron Fischman
710 Loch Hurlyville Rd
Loch Sheldrake, NY 12759
SULLIVAN-NY
*Debtor*

Anne J. Penachio
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
*Debtor's Attorney*

Gerard R. Luckman
Forchelli Deegan Terrana
333 Earle Ovington Blvd.
Ste 1010
Uniondale, NY 11553
*Trustee*

Alicia M. Leonhard
DOJ-Ust
United States Trustee
Office of the United States Trustee
11A Clinton Ave.
Room 620
Albany, NY 12207
*U.S. Trustee*