| UNITED STATES BANKRUPTCY COURT | HEARING DATE: April 9, 2024 |
| SOUTHERN DISTRICT OF NEW YORK | HEARING TIME: 9:00 a.m. |
| POUGHKEEPSIE DIVISION | OBJECTION DEADLINE: April 2, 2024 |

-------------------------------------------------------- x
In re:                                                   :
                                                         :  Case No. 23-36038 (CGM)
AARON FISCHMAN,                                          :
                                                         :  (Chapter 11, Subchapter V)
            Debtor.                                      :
-------------------------------------------------------- x

## ORDER DISMISSING CHAPTER 11 CASE WITH A ONE-YEAR BAR TO FILING A BANKRUPTCY CASE UNDER ANY CHAPTER

Upon the United States Trustee's Motion to Dismiss Case for Cause under 11 U.S.C. § 1112(b), with a One-Year Bar to Refiling a Bankruptcy Case under any Chapter under 11 U.S.C. §§ 105(a) and 349(a), filed on March 16, 2024 (the "Motion"), the Debtor's Statement of No Objection to the Motion, filed on April 4, 2024; and it appearing that notice of the Motion was appropriate and that there is cause to grant the relief sought, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtor's chapter 11 case is dismissed for cause under 11 U.S.C. § 1112(b); and it is further

ORDERED, that the Debtor is barred from filing a bankruptcy case under any chapter for one year from the date of entry of this Order under 11 U.S.C. §§ 105(a) and 349(a); and it is further

ORDERED, that the Court shall retain jurisdiction to consider the subchapter V trustee's final application for compensation and reimbursement of expenses.



**Dated: April 10, 2024**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**