**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Aaron Fischman                              CASE NO.: 23–36038–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
xxx–xx–3873

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 11 case.

Aaron Fischman was dismissed from the case on April 10, 2024 WITH PREJUDICE.

Dated: April 10, 2024                              Vito Genna
                                                      Clerk of the Court