# Notice Recipients

District/Off: 0208–4     User: admin     Date Created: 4/10/2024
Case: 23–36038–cgm     Form ID: 131     Total: 33

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.PK.ECF@USDOJ.GOV |
| tr | Gerard R. Luckman | trusteeluckman@forchellilaw.com |
| aty | Alicia M. Leonhard | Alicia.M.Leonhard@usdoj.gov |
| aty | Anne J. Penachio | apenachio@pmlawllp.com |
| aty | Gerard R. Luckman | GLuckman@Forchellilaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Aaron Fischman | 710 Loch Hurlyville Rd    Loch Sheldrake, NY 12759 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101–7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201–0551 |
| smg | New York State Dept. Of Taxation | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | Securities and Exchange Commission (DC) | Washington, DC 20549 |
| smg | Securities and Exchange Commission (NY) | Attn: Allistaire Bambach    233 Broadway    New York, NY 10279 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 8441613 | Ahron Berlin | 1909 New York Ave    United States    BROOKLYN, NY 11210 |
| 8283408 | ECMC | PO BOX 16408    ST. PAUL, MN 55116–0408 |
| 8439606 | INTERNAL REVENUE SERVICE | P.O. BOX 7346    PHILADELPHIA, 19101–7346 |
| 8253180 | Kasowitz Benson Torres LLP | Matthew B. Stein    1633 Broadway    New York, NY 10019 |
| 8248771 | Kasowitz's Benson Torres | Paramount Plaza Broadway NY 10019 |
| 8441577 | Levi Huebner & Associates PC | 488 Empire Blvd 100    United States    Brooklyn, NY 11225 |
| 8248772 | Levy Huebner attorney | 488 Empire Blvd Suite 100    Brooklyn, NY 11225 |
| 8253030 | New York State Department of Taxation & Finance | Bankruptcy Section    P O Box 5300    Albany New York 12205–0300 |
| 8283713 | Robert J. Rock | Assistant Attorney General    Office of the New York State Attorney Ge    Civil Recoveries Bureau, Bankruptcy Liti    The Capitol    Albany, New York 12224–0341 |
| 8248770 | Rushmore Lending | PO Box 818060 5801 Postal Rd.    Cleveland, Ohio 44181 |
| 8441185 | Rushmore Servicing Bankruptcy Department | P.O. Box 55004    Irvine, CA 92619 |
| 8441537 | Shalom Maidenbaum | 483 Chestnut Street,    Cedarhurst, NY 11516 |
| 8434452 | Shalom Maidenbaum | c/o Tarter Krinsky & Drogin LLP    1350 Broadway, 11th Floor    New York, NY 10018    Attn: Jill Makower, Esq. |
| 8434453 | Shalom Maidenbaum | c/o Tarter Krinsky & Drogin LLP    1350 Broadway, 11th Floor    New York, NY 10018    Attn: Michael Z. Brownstein, Esq. |
| 8441536 | Shalom S. Maidenbaum | 583 Chestnut Street    Cedarhurst, NY 11516 |
| 8249424 | Shalom S. Maidenbaum | c/o Berry Law PLLC    745 Fifth Avenue, 5th Floor    New York, New York 10151 |
| 8248773 | Sy Marcus | 110 Clark Rd.    Brookline, Mass 02445 |
| 8432486 | Wilmington Savings Fund Society, FSB, et al. | HOF Law Group, LLP    7 Skyline Dr, Ste 350    Hawthorne, NY 10532 |
| 8253302 | Wilmington Savings Fund Society, FSB, et al. | c/o Nationstar Mortgage LLC    Friedman Vartolo LLP    1325 Franklin Ave. St. 160    Garden City, NY 11530 |
| 8248774 | Yoel Weisshaus | 1713 Wyoming Ave    Forty Fort, PA 18704 |

TOTAL: 28